**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| DCR ENTERPRISES, WILLIAM ROSE, and FIREARMS POLICY COALITION, INC., | : | |
| *Plaintiffs*, | : | |
| v. | : | No. 1:26-cv-03898 |
| RAÚL TORREZ, in his official capacity as Attorney General of New Mexico, | : | |
| *Defendants*. | : | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs state as follows:

Firearms Policy Coalition, Inc. ("FPC") is a 501(c)(4) nonprofit corporation incorporated under the laws of Delaware with its principal place of business in Clark County, Nevada. FPC has no parent company and no publicly-held company holds a 10% or greater ownership interest in it. FPC seeks to defend and advance the People's rights, especially but not limited to the right to keep and bear arms; defend and advance the means and methods by which individuals may exercise their rights, including but not limited to the acquisition, collection, transportation, exhibition, carry, care, use, and disposition of arms; and foster and promote awareness of, and public engagement in, all of the above.

DCR Enterprises is a sole proprietorship, with no parent and no publicly traded company owns more than 10%.

DATED: November 18, 2026

Respectfully submitted,

*/s/ Jordon P. George*

Jordon P. George
GEORGE LEGAL, LLC
PO Box 90722
Albuquerque, NM 87199
Telephone: (505) 977-4445
jordon.georgelegal@gmail.com

Peter A. Patterson*
William V. Bergstrom*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Counsel for Plaintiffs*

**Notice of Good Standing forthcoming*